# EXHIBIT 1

**EXHIBIT 1**

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

E-Filing

UNITED STATES OF AMERICA

**CR 05 00552  JSW**

V.

LARRY DARNELL HILL, JR.

FILED
AUG 3 0 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT.

## INDICTMENT

VIOLATION:  21 U.S.C. 841(a) - Distributing Cocaine Base (2 counts);
21 U.S.C. Section 841(a) - Possession with Intent to Distribute Cocaine Base

A true bill.

_____ Foreman

Filed in open court this _____ day of 8/30/2005.

_____ Clerk

Bail, $ No process

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

## OFFENSE CHARGED

21 U.S.C. Section 841 (A) (1) - Distributing Cocaine Base (2 counts); Possessing with Intent to Distribute Cocaine Base

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

FILED
AUG 3 0 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

**DEFENDANT - U.S.**
► LARRY DARNELL HILL, JR.

**DISTRICT COURT NUMBER**
CR 05 00552 JSW

### PENALTY:
10 years minimum imprisonment, maximum term of life in prison, $4,000,000 fine, 5 years supervised release, $100 special assessment.

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
**DEA**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-05-70672BZ

Name and Office of Person Furnishing Information on THIS FORM
**KEVIN V. RYAN**
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
**Michelle Morgan-Kelly**

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ► Month/Day/Year August 16, 2005

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3
4
5                                                          **FILED**
                **E-Filing**
6                                                          AUG 3 0 2005
7                                                    RICHARD W. WIEKING
                                                     CLERK, U.S. DISTRICT COURT,
                                                     NORTHERN DISTRICT OF CALIFORNIA
8
9                         UNITED STATES DISTRICT COURT
10                      NORTHERN DISTRICT OF CALIFORNIA                        **JSW**
11                          SAN FRANCISCO DIVISION
                              **CR 05 0552**
12  UNITED STATES OF AMERICA,        )  No.
                                     )
13       Plaintiff,                  )
                                     )  VIOLATIONS:
14  v.                               )  21 U.S.C. § 841(a) - Distributing Cocaine
                                     )  Base (2 counts);
                                     )  21 U.S.C. § 841(a) - Possession with Intent
15  LARRY DARNELL HILL, JR.,         )  to Distribute Cocaine Base
                                     )
16       Defendant.                  )  SAN FRANCISCO VENUE
                                     )
17  _____     )

18                              I N D I C T M E N T

19  The Grand Jury charges:

20  COUNT ONE: (21 U.S.C. § 841(a))

21      On or about July 27, 2005, in the Northern District of California, the defendant,

22                          LARRY DARNELL HILL, JR.,

23  did knowingly and intentionally distribute a controlled substance, to wit, approximately 29 grams

24  of a mixture and substance containing cocaine base, in violation of Title 21, United States Code,

25  Section 841(a).

26  COUNT TWO: (21 U.S.C. § 841(a))

27      On or about August 3, 2005, in the Northern District of California, the defendant,

28                          LARRY DARNELL HILL, JR.,

INDICTMENT

1  did knowingly and intentionally distribute a controlled substance, to wit, approximately 28 grams
2  of a mixture and substance containing cocaine base, in violation of Title 21, United States Code,
3  Section 841(a).
4  COUNT THREE: (21 U.S.C. § 841(a))
5      On or about August 16, 2005, in the Northern District of California, the defendant,
6                          LARRY DARNELL HILL, JR.,
7  did knowingly and intentionally possess with intent to distribute a controlled substance, to wit,
8  approximately 53 grams of a mixture and substance containing cocaine base, in violation of Title
9  21, United States Code, Section 841(a).

DATED:                                              A TRUE BILL.

8/30/05

                                                    _____
                                                    FOREPERSON

KEVIN V. RYAN
United States Attorney

_____
W. DOUGLAS SPRAGUE
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
                     AUSA Morgan Kelly

INDICTMENT