IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LARRY DARNELL HILL,<br><br>    Defendant.<br>_____/ | No. CR 05-00552-1 JSW<br>(C-07-4555)<br><br>**ORDER DIRECTING GOVERNMENT TO RE-SERVE ANSWER** |

On November 26, 2007, this Court received a Motion to Compel Reply from movant Larry Darnell Hill. It appears from this motion that Mr. Hill has not yet received the Government's response to his motion to vacate sentence, which the Government filed on September 28, 2007. The Government's proof of service indicates that it did serve a copy of its Answer on Mr. Hill at his correct address. However, the Court HEREBY ORDERS that the Government shall re-serve its answer on Mr. Hill by no later than December 7, 2007, and the Court shall grant Mr. Hill until January 11, 2008 to file his reply brief.

**IT IS SO ORDERED.**

Dated: November 28, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LARRY DARNELL HILL JR,

    Plaintiff,

  v.

USA et al,

    Defendant.

Case Number: CR-05-522 JSW
(CV07-04555 JSW)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Allison Marston Danner
U.S. Attorney's Office
450 Golden Gate Avenue -
Box 36055
San Francisco, CA 94102

Larry Darnell Hill 93249-111
Federal Correctional Institution
P.O. Box 1000
Oxford, WI 53952

Dated: November 28, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk