1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ALLISON MARSTON DANNER (CSBN 195046)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7144
7      Facsimile: (415) 436-7234
       Email: allison.danner@usdoj.gov
8
   Attorneys for the United States
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )    No.  C 07-4555 JSW
                                     )    No.  CR 05-552 JSW
15         Plaintiff,                )
                                     )
16     v.                            )    CERTIFICATE OF SERVICE
                                     )
17  LARRY DARNELL HILL, JR.,         )
                                     )
18         Defendant.                )
                                     )
19

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**UNITED STATES' ANSWER TO SECTION 2255 PETITION**

in the case of **UNITED STATES V. LARRY DARNELL HILL, JR., CR 05-00552 JSW and C 07-4555 JSW** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**LARRY DARNELL HILL, JR., PRO SE**
**#93249-111**
**FEDERAL CORRECTIONAL INSTITUTION**
**POST OFFICE BOX 1000**
**OXFORD, WISCONSIN 53952**

_____ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

__X__ (By Certified Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 29, 2007

/s/
RAWATY YIM
United States Attorney's Office